Donald W. HUCKABY, Movant-Appellant,

v.

STATE of Missouri, Respondent.

No. WD 37948.

Missouri Court of Appeals, Western District.

Nov. 12, 1986.

Sean O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for movant-appellant.

William L. Webster, Atty. Gen., Paul La-Rose, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and MANFORD, and BERREY, JJ.

**496**

PER CURIAM:

ORDER

Direct appeal from the denial of post-conviction relief sought pursuant to Rule 27.-26.

Judgment affirmed. Rule 84.16(b).